UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**Baker Hughes Oilfield Operations, Inc.**         **Civil Action No. 06-1324**

versus                                              **Judge Tucker L. Melançon**

**Goldin Associates, LLC**                          **Magistrate Judge Hill**

## JUDGMENT

Before the Court is United States Magistrate Judge C. Michael Report and Recommendation on plaintiff's Motion for Class Certification [Rec. Doc. 11] and defendant's Motion to Dismiss and Alternatively, to Refer to Bankruptcy Court [Rec. Doc. 23]. No objections have been filed. After an independent review of the record, having determined that the findings and recommendations are correct under the applicable law, it is

**ORDERED** that plaintiff's Motion for Class Certification [Rec. Doc. 11] and the defendant's Motion to Dismiss and Alternatively, to Refer to Bankruptcy Court [Rec. Doc. 23], are **DENIED** as premature, reserving the parties' rights to re-urge these Motions after the Bankruptcy Court issues its ruling.

**THUS DONE AND SIGNED** this 30th day of July, 2007 in Lafayette, Louisian

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE